VERA WOLEN, Respondent, v. GONZALO CARIAS, Appellant.

Supreme Court, Appellate Term, First Department, April 27, 1944.

*Allen M. Taylor* and *Daniel Miner* for appellant.

*Sidney Koenig* for respondent.

MEMORANDUM *Per Curiam.* The defendant, as Consul General representing the Government of Honduras at New York City, was immune from service of process in a State court. (*Maron v. Lippert*, 177 Misc. 139.)

Order reversed, with ten dollars costs, and motion granted.

Concur: HAMMER, EDER and HECHT, JJ.